UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Karina Sarkisian, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-1092 |
| v. | ) | |
| | ) | Honorable Paul L. Maloney |
| Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Order (ECF No. 18) entered in this case:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is VACATED and the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**IT IS SO ORDERED.**

Date: February 18, 2020            /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge